# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**TAVIA WAGNER**,

    Plaintiff,                             **6:23-cv-02295-ACC-RMN**

v.

**CSIM NONA PARK TITLE HOLDER LLC and RQ GROUP LLC**,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendants (collectively, the "Parties"), through their respective Counsel, hereby provide notice that the Parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case, including any claims that could have been brought in this action. Accordingly, the Parties respectfully request that the Court stay all matters and pending deadlines in the above-styled action and provide the Parties twenty (20) days from the date of filing this Notice to allow the Parties to finalize their settlement agreement and to file the necessary dismissal document.

DATED this 12th day of January, 2024.

Respectfully submitted,

By: */s/ Joe M. Quick*
Joe M. Quick, Esq.
Florida Bar No. 0883794
Law Office of Joe M. Quick, Esq.
I224 S. Peninsula drive #604
Daytona Beach, FL 32118
Telephone: 386.212.3591
Email: JMQuickEsq@gmail.com

*Attorney for Plaintiff*

By: */s/ Jesse Unruh*
Jesse Unruh, Esquire
Florida Bar # 93121
Jordan R. Parks, Esquire
Florida Bar #1041275
SPIRE LAW, PLLC
2752 W. State Road 426
Suite 2088
Oviedo, Florida 32765
(407) 494-0135
jesse@spirelawfirm.com
jordan@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com

*Attorneys for Defendants*